IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01815-REB-MEH

FOCUS 12, INC., a Colorado corporation,

Plaintiff,

v.

KISSLER & CO., INC., a New Jersey corporation,

Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Dismissal Without Prejudice** [#6] filed October 1, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#6] filed October 1, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated October 4, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge